AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| AUSTIN MONTGOMERY, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:13cv196 |
| EQT PRODUCTION COMPANY | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  John P. Bailey  on a motion for  Dismissal.  It is ORDERED that Defendant's Motion to Dismiss Plaintiffs' Civil Action Complaint is granted.  This matter is stricken from the active docket and judgment is entered in favor of Defendant.

Date:  12/09/2013

*CLERK OF COURT*

/s/  C. Daniels, Deputy Clerk

*Signature of Clerk or Deputy Clerk*